IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MIGUEL A. VALDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. C 13-2450 SC<br><br>ORDER DISMISSING CASE |

In this foreclosure action, the Court previously issued an order to show cause as to why the case should not be dismissed with prejudice after Plaintiff, despite being on notice of a thirty-day amendment period, filed an amended complaint and a notice of voluntary dismissal without prejudice.  Plaintiff stated in response that the filing was in error, and that he should have filed a notice of, or stipulation for, voluntary dismissal with prejudice, because the thirty-day amendment period had passed.

In accordance with Plaintiff's statement, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 6, 2014          _____
                              UNITED STATES DISTRICT JUDGE